# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GEORGIA CONTRACTOR GROUP LLC; LESTER CUSTOM HOMES, L.L.C.; RONALD L. LESTER; ANN L. CAMPBELL a/k/a ANN L. CAMPBELL LESTER; and RENTAL ASSET MANAGEMENT LLC. <br><br> Defendants. | Case No. 1:23-CV-00710-VMC |

## CERTFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Plaintiff Auto-Owners Insurance Company ("Auto-Owners"), files this Certificate of Interested Persons and Corporate Disclosure Statement and shows the Court as follows:

1.  The undersigned counsel of record for Plaintiff Auto-Owners Insurance Company certifies that the following is a full and complete list of all

parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

>**Auto-Owners Insurance Company**
>
>**Georgia Contractor Group, LLC**
>
>**Lester Custom Homes, L.L.C.**
>
>**Ronald L. Lester**
>
>**Ann L. Campbell a/k/a Ann L. Campbell Lester**
>
>**Rental Asset Management, LLC**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

>**None.**

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** has been prepared in 14 point size Times New Roman font, in accordance with L.R. 5.1.

Respectfully submitted,

**Bovis, Kyle, Burch & Medlin, LLC**

| | |
|---|---|
| 200 Ashford Center North | /s/ Kim M. Jackson |
| Suite 500 | Ga. State Bar No. 387420 |
| Atlanta, Georgia 30338-2668 | |
| Tel: (770) 391-9100 | *Counsel for Plaintiff Auto-Owners* |
| Fax: (770) 668-0878 | *Insurance Company* |
| kjackson@boviskyle.com | |